United States District Court
Southern District of Texas
**ENTERED**
June 09, 2020
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Erik Garcia, | § | |
|       Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. H-20-404** |
| | § | |
| Edgebrook Plaza, LLC, | § | |
|       Defendant. | § | |

## O R D E R

In accordance with the Stipulation of Dismissal filed on June 9, 2020 (docket entry no.

17), this action is hereby **DISMISSED** with prejudice.

**SIGNED** at Houston, Texas, on this 9th day of June, 2020.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE